MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., 9th Floor
   San Jose, California 95113
   Telephone: (408) 535-5042
   FAX: (408) 535-5066
   matthew.parrella@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW ACEVEDO,<br><br>    Defendant. | No. CR 14-00383 HRL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 12, 2014 TO OCTOBER 16, 2014 AND EXCLUDING TIME FROM SEPTEMBER 12, 2014 TO OCTOBER 16, 2014, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    The parties hereby request that the Court enter this order vacating the status conference in this matter scheduled for September 12, 2014, setting a further status conference for October 16, 2014, and excluding time from September 12, 2014 through October 16, 2014. The parties, including the defendant Matthew Acevedo, stipulate as follows:

1.     Defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 12, 2014 through October 16, 2014, based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided discovery in the present case, and defense counsel need time to review the discovery, evaluate further possible defenses and motions available to the defendant.

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00383 HRL

2.    In addition, the parties are discussing a disposition in this case and need additional time to complete their discussions. The parties anticipate that those discussions should be completed by October 16, 2014.

3.    The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from September 12, 2014 through October 16, 2014.

Given these circumstances, the parties believe, and request that the Court vacate the September 12, 2014 status conference, set October 16, 2014 as a further status hearing and find, that the ends of justice are served by excluding from calculations the period from September 12, 2014 through October 16, 2014, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/9/14

                                            /s/
                                JACK GORDON
                                Attorney for Defendant

DATED: 9/9/14                       MELINDA HAAG

                                United States Attorney

                                            /s/
                                HANLEY CHEW
                                Assistant United States Attorney

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 12, 2014 through October 16, 2014 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from September 12, 2014 through October 16, 2014.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for September 12, 2014 is vacated; (2) a further status conference is scheduled for October 16, 2014; and (3) the time from September 12, 2014 through October 16, 2014 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 9/10/14

_____
HON. HOWARD R. LLOYD
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
NO. CR 14-00383 HRL