1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HANLEY CHEW (CABN 189985)
   Assistant United States Attorneys
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5060
7      FAX: (408) 535-5066
       Hanley.Chew@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13  UNITED STATES OF AMERICA        )   CR No. 14-00383 HRL
                                    )
14        Plaintiff,                )   NOTICE AND [PROPOSED] ORDER OF
                                    )   DISMISSAL
15     v.                           )
                                    )
16  MATTHEW ACEVEDO,                )
                                    )
17        Defendant.                )
                                    )
18  _____)

19        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above-captioned Information

21  against defendant Matthew Acevedo without prejudice.

22

23  DATED: April 14, 2015                  MELINDA HAAG

24                                         United States Attorney

25                                              /s/
                                           _____
26                                         HANLEY CHEW
                                           Assistant United States Attorney
27

28
    NOTICE & [PROPOSED] ORDER OF DISMISSAL
    CR No. 14-00383 HRL

                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

The Court hereby grants the government leave to dismiss the Information against defendant

Matthew Acevedo without prejudice.

DATED: _____

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

NOTICE & [PROPROSED] ORDER OF DISMISSAL
CR No. 14-00383 HRL

2